

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2019

No. 04-19-00554-CV

Charles J. **MELNIK,**
Appellant

v.

Dewayne **BALDWIN** and Tonia Baldwin,
Appellees

From the County Court, Guadalupe County, Texas
Trial Court No. 2018-CV-0012
Honorable Bill Squires, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by November 13, 2019. Neither the brief nor a motion for extension of time has been filed.

We therefore ORDER appellant to file, on or before **December 2, 2019,** appellant's brief and a written response reasonably explaining (1) the failure to timely file appellant's brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court